UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY GRAHAM,<br><br>   *Plaintiff*,<br><br> v.<br><br>MEDSTAR WASHINGTON HOSPITAL CENTER<br><br>   *Defendant*. | Civil Action No. 24-1308 (TJK) |

## MEMORANDUM

On May 31, 2024, Defendant moved to dismiss Plaintiff's complaint for failure to state a claim upon which relief can be granted or, alternatively, for summary judgment. The parties jointly moved for an extension of time to respond to the motion, which the Court granted. Plaintiff was then ordered to respond to Defendant's Motion by July 5, 2024. Plaintiff did not respond or request an additional extension of time to do so in the time provided by Local Rule 7(b). For that reason, on July 23, 2024, this Court ordered Plaintiff to show cause by August 16, 2024, why it should not treat Defendant's motion as conceded. Again, Plaintiff has not responded, so the Court will treat Defendant's motion to dismiss as conceded. *See* LCvR 7(b) (if a memorandum in opposition is not filed within the time directed by the Court, "the Court may treat the motion as conceded"). For all the above reasons, the Court will grant Defendant's motion to dismiss the case. A separate order will issue.

                  /s/ Timothy J. Kelly_____
                  TIMOTHY J. KELLY
                  United States District Judge

Date: September 26, 2024